# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Steven E. Hatch</u>
   <u>as parent of minor children D.H. and J.H.</u>

      v.                                                 Civil Action No. 1:10-cv-263-LM

<u>Milford School District</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

     The [1] Notice of Removal's Attachment No. 1, Writ of Summons, in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Writ of Summons.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the [1] Notice of Removal's Attachment No. 1, Exhibit-State Court Writ of Summons, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

     **SO ORDERED**.

                                              <u>/s/ Landya B. McCafferty</u>
                                              Landya B. McCafferty
                                              United States Magistrate Judge

Date:  July 9, 2010


cc:  Steven E. Hatch, pro se
     Diane M. Gorrow, Esq.