UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Steven E. Hatch, et al.

            v.                          Civil No. 10-cv-263-JD

Milford School Distict


O R D E R


On August 30, 2010, a preliminary pretrial conference was held in this case.  The plaintiff, Steven E. Hatch, appeared pro se; Diane M. Gorrow, Esquire, appeared for the defendant, Milford School District. The court scheduled trial in this case to occur during the two-week period beginning September 20, 2011.  Motions to dismiss are due on or before November 28, 2010; motions for summary judgment are due on or before May 1, 2011.

The parties are ordered to exchange mandatory disclosures, as described in Fed. R. Civ P. 26(a)(1)(A), on or before September 20, 2010.  A further pretrial conference shall be held on September 30, 2010, at 9:30 a.m., to finalize the terms of a discovery plan.  In the event the parties are able to reach agreement on the remaining terms of a discovery plan, see Local Rule 26.1, and file a proposed plan in

advance of the September 30, 2010, conference, the court will likely

cancel the conference.

     SO ORDERED.

                          _____
                          Landya B. McCafferty
                          United States Magistrate Judge

August 30, 2010

cc:  Steven E. Hatch, pro se
     Diane M. Gorrow, Esquire